. 11/11) Criminal Complaint

**COPY**

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

DAVID LINEHAN,

Defendant(s)

Case No.

**18 MJ03373**



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 18, 2017, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate and Foreign Threats |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Drew Stewart, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/18

City and state: Los Angeles, California

_____
*Judge's signature*

Hon. Patrick J. Walsh, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, DREW STEWART, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against David M. Linehan ("LINEHAN") for a violation of 18 U.S.C. § 875(c): Transmitting Threat in Interstate and Foreign Commerce.

2. The facts set forth in this affidavit are based upon information received from a sworn affidavit by a Special Agent ("SA") with the Diplomatic Security Service ("DSS") in the Southern District of Florida, on my conversations with DSS SAs, and on my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF AGENT

3. I am a Special Agent with the United States Department of State Diplomatic Security Service, assigned to the West Los Angeles Satellite Office. I have been a DSS SA since February 2017, and my primary responsibilities include the investigation of criminal violations of the laws governing the issuance of passports, visas, and other travel documents utilized to transit international borders. I received training from the Federal Law

1

Enforcement Training Center's Criminal Investigator Training Program, as well as the DSS Basic Special Agent Course.

### III. **STATEMENT OF PROBABLE CAUSE**

4. Based on my review of an affidavit by a DSS SA in the Southern District of Florida, my conversations with DSS SAs, and on my training and experience, I am aware of the following:

5. LINEHAN has been living abroad in Cambodia for at least approximately the last two years. Prior to residing in Cambodia, LINEHAN resided in West Palm Beach, Florida.

6. On or about October 18, 2017, LINEHAN, utilizing the email address "ubuntu@consultant.com," sent an email addressed to multiple e-mail recipients, including to the Department of State address IVPHNOMPEN@STATE.GOV, as well as to several American Civil Liberties Unit email addresses and to other non-profit agencies. The email was then forwarded to the United States Embassy in Phnom Penh, Cambodia. In the email, LINEHAN threatened to firebomb the U.S. Embassy.

7. The email text that LINEHAN sent on October 18, 2017 is quoted verbatim, below:

**Subject**: US Citizen WARNING - BOMB US EMBASSY

I've had enough. I plan to fire bomb the US Embassy in Phnom Phen and draw international attention to your crimes against me and the the rest of the world unless you respond immediately and redress your crimes. You ignore every legal action that I take year after year and the only way to get you to respond is quid pro quo. You are evil, degenerate, violent malicious criminals who only respond to violence as you perpetrate on other innocent victims.

I've had enough of waiting for justice that never comes. Soon you will face what you you dish out to others. Your degenerate media will undoubtedly frame me for being a terrorist, when you criminals are actually responsible for the crimes. I'm so God-Damned sick of writing hundreds of letters to newspapers,

Senators, Congressmen for justice. FUCK YOU.

8. LINEHAN's true legal name, David Linehan, appeared in the sender line of the email.

9. In July of 2018, LINEHAN was interviewed by Cambodian Police, and confirmed that the email account used to send the threats was his. LINEHAN admitted to the Cambodian Police that the email account was his in the presence of a United States federal agent. LINEHAN also indicated that no one else uses that email account. However, LINEHAN also made contradictory statements indicating that the email account had been hacked and denied sending the threatening email.

10. LINEHAN has a history of making threats to his family members, law enforcement officers, and government officials, as well as sending harassing emails to the Governor of Florida, a United States Senator, the Mayor of Coral Springs, Florida, and the United States Ambassador to Cambodia. These emails included accusations about how the United States Government unfairly targeted LINEHAN, conducted terrorism against him, and ruined his life. These threats date back to at least 2009 and LINEHAN issued them over the course of several years. The investigation has also revealed that LINEHAN may have mental health issues, based upon interviews of family members and review of past law enforcement reporting.

11. Even though the U.S. Embassy is a so-called "hard" target, there are many United States Government facilities and personnel that may be readily accessed to inflict harm. The Department of State has been the subject of hundreds of attacks

over the past decade, ranging from knife attacks and firebombs to major assault operations. The State Department and DSS classified the threat from LINEHAN as a tangible one because: LINEHAN has education and training as an engineer; at the time the threat was made, LINEHAN was in a third world country with access to chemicals and precursors, which could be easily purchased on the local market without regulations; the law enforcement structure of the host government in Cambodia lacks resources and awareness to mitigate the threat; and LINEHAN has made other threats against the government in the past.

12. On November 12, 2018, LINEHAN, using the same email account, ubuntu@consultant.com, sent an email to the State Department's Duty Officer at the U.S. Embassy in Phnom Penh, PhnomPenhDutyOfficer@state.gov, with the subject line, "Emergency ATTN [sic] Heidi." Therein, LINEHAN admitted to utilizing the ubuntu@consultant.com account to send the email threat against the U.S. Embassy in Phnom Penh. LINEHAN also expressed remorse for having sent the October 18, 2017 email, and indicated that he had no intent to hurt anyone.

13. On or about December 20, 2018, the United States Attorney's Office for the Southern District of Florida filed a complaint authorized by the Honorable John J. Sullivan, United States Magistrate Judge, alleging the facts stated above and that LINEHAN violated 18 U.S.C. § 875(c): Transmitting Threat in Interstate and Foreign Commerce.

14. On or about December 21, 2018, LINEHAN arrived in Los Angeles. Los Angeles was his first point of entry into the

United States and thus I respectfully submit that jurisdiction for this case lies in the Central District of California, under 18 U.S.C. § 3238 (Offenses Not Committed in Any District).

### IV. CONCLUSION

15. For all of the reasons described above, there is probable cause to believe that LINEHAN has committed a violation of 18 U.S.C. § 875(c): Transmitting Threat in Interstate and Foreign Commerce.

DREW STEWART
DSS Special Agent

Subscribed to and sworn before me this 21st day of December, 2018.

UNITED STATES MAGISTRATE JUDGE

5